

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00119-CV

## IN THE INTEREST OF M.D.H., A CHILD

**From the 52nd District Court
Coryell County, Texas
Trial Court No. DC-17-46100**

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

He states that the trial court granted Appellant's motion for new trial and that Appellant

no longer wishes to pursue this appeal and requests that it be dismissed.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed July 18, 2018
[CV06]

